## WHITFIELD *v.* THE STATE.

FISH, C. J. There being no complaint that any error of law was committed upon the trial, and the evidence being sufficient to authorize the verdict, the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Beck, J., absent, and Hill, J., not presiding.*

NOVEMBER 15, 1911.

Indictment for murder. Before Judge Maddox. Floyd superior court. August 19, 1911.

*Eubanks & Mebane* and *W. H. Trawick,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *John W. Bale, solicitor-general,* contra.

---

## MILLER *et al. v.* BUTLER.

HILL, J. It appearing that the judgment complained of was rendered in vacation on July 19, 1911, and that the bill of exceptions was tendered to the presiding judge on August 19, 1911, thirty-one days thereafter, the writ of error must be dismissed, because of the failure to present the bill of exceptions within the time required by law. *Mertins* v. *Pritchard,* 135 *Ga.* 643 (70 S. E. 328); Civil Code (1910), § 6152.

*Writ of error dismissed. Beck, J., absent. The other Justices concur.*

NOVEMBER 15, 1911.

Complaint for land; from Troup superior court.

*W. H. Terrell,* for plaintiffs. *F. M. Longley,* for defendant.